<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6775**

———————————

LACOSTA MONTRELL SPRINGS,

                              Petitioner - Appellant,

        versus

STATE OF SOUTH CAROLINA; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

                              Respondents - Appellees.

———————————

**No. 02-7314**

———————————

LACOSTA MONTRELL SPRINGS,

                              Petitioner - Appellant,

        versus

STATE OF SOUTH CAROLINA; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

                              Respondents - Appellees.

———————————

Appeals from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-00-3854-19-BD)

Submitted: November 7, 2002      Decided: November 13, 2002

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Tara Dawn Shurling, Columbia, South Carolina, for Appellant. Derrick K. McFarland, OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Lacosta Montrell Springs seeks to appeal the district court's orders accepting the report and recommendation of a magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000) and then denying a certificate of appealability. We have reviewed the record and conclude for the reasons stated by the district court that Springs has not made a substantial showing of the denial of a constitutional right. See Springs v. South Carolina, No. CA-00-3854-19-BD (D.S.C. filed Mar. 28, 2002, and June 3, 2002; entered Mar. 29, 2002, and June 5, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3